UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT DOZIER,<br>        Plaintiff.<br>    v.<br>ENHANCED RECOVERY COMPANY,<br>        Defendant. | Case No. 19-cv-01474-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on June 21, 2019, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **July 19, 2019, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on June 21, 2019, for failure to prosecute,, for failure to serve the complaint, and for failure to comply with the Court's Order of March 21, 2019. A case management conference is also scheduled for **July 19, 2019**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: June 25, 2019

JOSEPH C. SPERO
Chief Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT DOZIER,<br><br>    Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY,<br><br>    Defendant. | Case No. 19-cv-01474-JCS<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on June 25, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Scott Dozier
1605 Sequoia Street
Napa, CA 94558

Dated: June 25, 2019

                                                          Susan Y. Soong
                                                          Clerk, United States District Court

By:_____*Karen L. Hom*_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO